AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

FILED
Clerk
District Court
JAN 17 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

| ARTMAN CORPORATION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:21-cv-00038 |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is hereby entered in favor of Plaintiff Artman Corporation and against Defendant Imperial Pacific International (CNMI), LLC in the amount of $106,890.00 together with post judgment interest at the rate of 9% per annum.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Ramona V. Manglona   on a motion for  Order Granting Stipulated Judgment  (ECF No. 29).

Date:  January 17, 2023

CLERK OF COURT

*HEATHER L. KENNEDY*

*Signature of Clerk or Deputy Clerk*